UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAHEEN DAVIS,

                 Petitioner,

    v.

UNITED STATES OF AMERICA,

                 Respondent.

**ORDER**

22 Civ. 1131 (ER)

RAMOS, D.J.

    On September 16, 2009, following a jury trial held in January 2009, Judge Deborah A. Batts sentenced petitioner Raheen Davis to a term of 210 months' imprisonment. On February 9, 2022, Davis moved to vacate his sentence pursuant to 28 U.S.C. § 2255 because, among other things, he claims he is being tortured by former President Barack Obama in violation of his Constitutional rights. Doc. 1. On February 14, 2022, the Court denied the motion. Doc. 3. Davis now moves the Court to reconsider its order. Doc. 4. For the reasons stated in the Court's February 14 order, that application is denied.

    The Clerk of Court is respectfully directed to mail a copy of this order to Davis at the following address:

    Raheen Davis, Prisoner No. 58146054
    Atlanta USP
    P.O. Box 130160
    Atlanta, GA 30315

SO ORDERED.

Dated: March 2, 2022
       New York, New York

                                                 Edgardo Ramos, U.S.D.J.