UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAHEEN DAVIS,<br><br>        Petitioner,<br><br>  – against –<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | **ORDER**<br><br>22 Civ. 1131 (ER)<br>08 Cr. 76 (ER) |

Ramos, D.J.:

  In letters dated March 8, 2022, and March 15, 2022, *pro se* petitioner Raheen Davis renews his request for the Court to appoint counsel to represent him. For the reasons stated in the Court's March 10, 2022, order denying the request for the appointment of counsel and in the February 14, 2022, order denying Davis' motion to vacate his sentence, Davis' request for reconsideration is denied.

  The Clerk of Court is respectfully requested to mail a copy of this order to Petitioner.

  It is SO ORDERED.

Dated: March 23, 2022
    New York, New York

                              _____
                                Edgardo Ramos, U.S.D.J.